UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-555(DSD/JMM)

Sunrise International
Leasing Corporation,

Plaintiff,

v. **ORDER**

Global Center, Inc.,

Defendant,

It appearing that proceedings in the above matter have been stayed pending the disposition of litigation in another court which may render this litigation moot,

**IT IS HEREBY ORDERED** that the clerk administratively terminate the action in his records, without prejudice to the right of the parties to move to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

Dated: May 14, 2002

David S. Doty, Judge
United States District Court

FILED 5-14-02
Richard D. Sletten, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______